# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

KEITH HOMES,

    Plaintiff,

v

AMERICREDIT FINANCIAL SERVICES, INC.,
D/B/A GM FINANCIAL,

    Defendant.

Case No. 2:16-CV-12661
Hon. Gerald E. Rosen

_____/

| IAN B. LYNGKLIP (P47173) | GARY K. AUGUST (P48730) |
| SYLVIA S. BOLOS (P78715) | STEVEN J. HURVITZ (P79792) |
| Lyngklip & Associates Consumer Law Center, PLC | Zausmer, August & Caldwell, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 24500 Northwestern Highway, Suite 206 | 31700 Middlebelt Road, Suite 150 |
| Southfield, MI 48075 | Farmington Hills, Michigan 48334 |
| (248) 208-8864 | (248) 851-4111 |
| SylviaB@MichiganConsumerLaw.com | gaugust@zacfirm.com |
| | shurvitz@zacfirm.com |

_____/

## **STIPULATED ORDER OF DISMISSAL**

    This matter having come before the Court by stipulation and agreement between the parties, by and through their undersigned counsel, the parties having reached an amicable resolution of this matter, the case is dismissed with prejudice, and without costs, attorney fees or sanctions to any party.

{01014267}        1

The Court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**SO ORDERED.**

DATED:  January 27, 2017

s/Gerald E. Rosen
U.S. District Judge

STIPULATED AS TO FORM AND SUBSTANCE:

s/ Sylvia Bolos (with consent)
Sylvia S. Bolos (P78715)
Attorney for Plaintiff

/s/ Gary K. August
Gary K. August (P48730)
Attorney for Defendant

{01014267}                                    2